July 8, 2009

**RECEIVED**
JUL 10 2009
Chief Judge James F. Holderman
United States District Court

**FILED**
JUL 10 2009
JUDGE JAMES F. HOLDERMAN
UNITED STATES DISTRICT COURT

The Honorable Judge James F. Holderman
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Holderman,

A few months ago I wrote you a letter as to why my husband and I objected to the proposed settlement of case No. 05 CV 4331. On July 1, 2009 I attended the "Fairness Hearing" that you presided over. Yesterday we received your ruling on this very important case and wanted you to know how pleased we are at the outcome. If my son Anthony could talk I'm sure he would say "thank you Judge Holderman for letting me stay at Misericordia".

As I was sitting and listening in your courtroom July 1, 2009 I observed how well you handled everything. Not once did you appear to be frustrated, you always had command of the courtroom, and you maintained your sense of humor. Thank you for that. It was quite refreshing to see how you handled it all.

Once again please know how grateful we are to you for rejecting the proposed settlement and for being a fair Judge. You have restored our faith in the judicial system. May God bless you.

Sincerely,

Nancy & James Miller
231 Beverly Lane
Glenview, IL 60025