05cv4331





**RECEIVED**
JUL 10 2009
Chief Judge James F. Holderman
United States District Court

Misericordia is proud to offer challenging programs for children and adults with developmental disabilities from all racial, religious and socio-economic backgrounds.

Artwork for this card was created in Misericordia's Heart of Mercy Work Opportunity Program.

**FILED**
JUL 10 2009
JUDGE JAMES F. HOLDERMAN
UNITED STATES DISTRICT COURT

**MISERICORDIA HEART OF MERCY CENTER**
6300 N Ridge Avenue, Chicago, IL 60660
www.misericordia.org

05 C 4331

Dear Jim -

I remember as well sitting in your apt. as Ellini Torres & listening to you plead a case of a woman blinded by a concrete disturbance & remember you going to an experience at trial for hours for the bar. I thought then what a kind monkey, brilliant & compassionate lawyer you would be. I wanted to know you longer than I knew you.

Little did I know that over 30 yrs later - people I dearly love would benefit from that hard work, brilliance & compassion.

Our dear daughter, Mary, lived in Sligo. Until then she was part of the lawsuit. We wanted the best for her - for 14 yrs she lived at Misericordia. Well I was startled you were having she [qui??]odily I was in court to support my friends. You were the best - thank you for nobody with some objection for caring about the individuals for listening. I was so proud for listening. I was so proud. Mary's sister always says, God sends us the right people at the right time - No doubt, she was right there - God sent us the right judge. Thank you a million times, Mary [Douglas?]