## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY LIGAS, *et al.*, | ) | |
| Plaintiffs, | ) | No. 05 C 4331 |
| vs. | ) | Judge Holderman |
| BARRY S. MARAM, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This matter coming to be heard upon Plaintiffs' Motion For Approval Of Notice Regarding Class Decertification, IT IS HEREBY ORDERED that Plaintiffs' motion is granted and the Notice of Decertification of Class Action, attached as Exhibit A to Plaintiffs' Motion, is approved.

Entered: July 30, 2009.

_____

*James F. Holderman*

Honorable James F. Holderman