**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Stanley Ligas, et al., | ) | |
|        Plaintiffs, | )<br>)<br>) | Case No. 05 cv 4331 |
| v. | )<br>) | Judge Sharon Johnson Coleman |
| Theresa Eagleson, et al., | )<br>) | |
|        Defendants. | ) | |

## DEFENDANTS' MOTION TO VACATE THE CONSENT DECREE

Defendants, by their attorney, Kwame Raoul, Attorney General of Illinois, moves this Court, pursuant to Federal Rule of Civil Procedure 60(b), to vacate the consent decree entered on June 15, 2011. The Defendants are filing a memorandum in support of this motion, which is incorporated herein.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request that this Court, pursuant to Federal Rule of Civil Procedure 60(b), vacate the June 15, 2011 consent decree.

December 1, 2023

                                                                         Respectfully Submitted,

KWAME RAOUL
Illinois Attorney General

                                          By:    /s/ Brent D. Stratton
                                                               Brent D. Stratton
                                                                Karyn L. Bass Ehler
                                                                Office of the Illinois Attorney General
                                                                100 W. Randolph Street, 12th Floor
                                                                Chicago, Illinois 60601
                                                                (312) 814-3000

                                                                Counsel for Defendants

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that, on December 1, 2023, he caused to be filed through the Court's CM/ECF system a copy of **DEFENDANTS' MOTION TO VACATE THE CONSENT DECREE**. Parties of record may obtain a copy of this filing through the Court's CM/ECF system.

/s/ Brent D. Stratton
Brent D. Stratton

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that, on July 13, 2020, he caused to be filed through the Court's CM/ECF system a copy of Governor's Motion to Vacate the May 5, 1972 Consent Decree. Parties of record may obtain a copy of this filing through the Court's CM/ECF system.

      /s/ Brent D. Stratton

      Brent D. Stratton