# Exhibit A

**Department of Human Services**
**Division of Developmental Disabilities**
**DD Community Expenditures FY11-FY24**
*as of 12/1/23*

| | |
|---|---|
| FY11 | $728,858,058 |
| FY12 | $733,481,553 |
| FY13 | $788,115,232 |
| FY14 | $861,070,282 |
| FY15 | $927,099,493 |
| FY16 | $942,292,229 |
| FY17 | $973,994,503 |
| FY18 | $1,023,712,480 |
| FY19 | $1,084,676,496 |
| FY20 | $1,219,026,247 |
| FY21 | $1,272,404,873 |
| FY22 | $1,627,194,467 |
| FY23 | $1,884,823,326 |
| FY24 Est. | $1,843,031,300 |