# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Stanley Ligas, et al.
                        Plaintiff,

v.                                        Case No.: 1:05–cv–04331
                                              Honorable Sharon Johnson Coleman

Grace Hou, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court spoke with the Court Montier regarding the status of the matter. The Court Monitor informed the Court that Defendants failed to consult with the Court Monitor before issuing its report regarding termination of the consent decree. Failure to consult with the Cout Montier suggests that the report is unlikely to adequately represent the interests of all parties. Accordingly, Defendants are required to submit a report with input from the Court Monitor by 2/28/24. Plaintiffs and Intervening partes are required to submit a response by 4/10/24. The Court Monitor is required to submit a response by 5/10/24. Oral argument, if needed, will take place on 07/24/24 at 1:30 PM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.